Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67074.—James G. Wiley and Slater Brokerage et al. *v.* United States, protests 59/2760(A), etc. (Los Angeles).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 26, 1962

No. 67075.—E. Dillingham, Inc. *v.* United States, protest 329815-K (Ogdensburg).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of cobalt therapy units similar in all material respects to those the subject of Abstract 66644, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 27, 1962

No. 67076.—W. J. Byrnes & Co. and Daniel Bennett *v.* United States, protest 59/29053 (Los Angeles).